UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 20-02230-DOC-(JDEx) | Date | March 30, 2021 |
|---|---|---|---|
| Title | Erika Mejia Marinelarena v. Allstate Northbrook Indemnity Company | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Kelly Davis
Courtroom Deputy Clerk

Not Present
Court Reporter

ATTORNEY PRESENT FOR PLAINTIFF

ATTORNEY PRESENT FOR DEFENDANT

**PROCEEDINGS:** Scheduling Conference (Held and Continued)

    Case called. Court and counsel confer outside the presence of the court reporter. The Scheduling Conference is held. The Court's Scheduling Order will issue.

    IT IS SO ORDERED.

: 30

Initials of Deputy Clerk    kd