SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 11170
pklee@sheppardmullin.com
JORDAN S. DERRINGER, Cal. Bar No. 255992
jderringer@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815

Attorneys for Defendant
ALLSTATE NORTHBROOK INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MEJIA MARINELARENA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY, an Illinois corporation,,<br><br>　　　　Defendant. | Case No. 8:20-cv-2230 DOC (JDEx)<br><br>District Judge David O. Carter<br>Magistrate Judge John D. Early<br><br>**JOINT NOTICE OF SELECTION OF MEDIATOR**<br><br>Complaint Filed: November 24, 2020 |

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that pursuant to this Court's Scheduling Order & Order Re: Pretrial and Trial Procedures, dated March 30, 2021 [DKT 18], the parties have jointly agreed to a private mediation with Arnold A. Levinson, Esq. of ADR Services Inc. The parties have not yet agreed on a date but are in the process of scheduling a date that's convenient for both parties.

Dated: April 21, 2021　　　　SHEPPARD MULLIN, RICHTER & HAMPTON LLP

　　　　　　　　　　　　　　By: */s/ Jordan S. Derringer*
　　　　　　　　　　　　　　　　Jordan S. Derringer
　　　　　　　　　　　　　　　　Attorneys for Defendant

Dated: April 21, 2021        LAW OFFICES OF STEVEN R. YOUNG

By: */s/ Steven Young*
     Steven Young
     Attorneys for Plaintiff

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Executed this 21st day of April, 2021 at San Diego, California.

                                */s/ Jordan S. Derringer*
                                JORDAN S. DERRINGER