**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 20-02230-DOC-JDE                               Date:  November 16, 2021

Title: ERIKA MARINELARENA V. ALLSTATE NORTHBROOK INDEMNITY CO.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER IN RESPONSE TO PLAINTIFF'S REQUEST FOR DISCOVERY EXTENSION [25]**

Before the Court is Plaintiff Erika Marinelarena's ("Plaintiff") Motion to Extend Discovery Cut-Off Date (Dkt. 25). Under the Court's existing scheduling order, discovery concluded on November 5, 2021 (Dkt. 18). Plaintiff argues that Defendant's actions have delayed discovery such that an extension is warranted. The Court notes that Plaintiff has not acted with diligence to serve the non-party doctor, serving him with a deposition subpoena on October 8, 2021. However, as a matter of practicality, a 30-day extension to allow the deposition to be taken is in the interests of justice, given the importance of his testimony. As such, the Court GRANTS the Motion and extends the discovery deadline to December 15, 2021. Accordingly, the Court requests that the parties confer and submit a revised scheduling order if they wish to advance the remaining deadlines.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu

MINUTES FORM 11
CIVIL-GEN