UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No: SA CV 20-02230-DOC-(JDEx)            Date: January 13, 2022

Title: Erika Mejia Marinelarena v. Allstate Northbrook Indemnity Company

PRESENT:    THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Debbie Gale |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Steven Young | Jordan Derringer |

PROCEEDINGS:    DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AS TO OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT, REGARDING THE COMPLAINT [39]

PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DELAY AND UNFAIR CLAIMS HANDLING PRACTICES [40]

The case is called. The Court and counsel confer.

The Court hears arguments.

Defendant's motion for summary judgment [39] and plaintiff's motion for partial summary judgment [40] are taken under submission.

:    43

Initials of Deputy Clerk: kdu