SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 11170
pklee@sheppardmullin.com
JORDAN S. DERRINGER, Cal. Bar No. 255992
jderringer@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815

Attorneys for Defendant
ALLSTATE NORTHBROOK INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA MEJIA MARINELARENA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY, an Illinois corporation,,<br><br>  Defendant. | Case No. 8:20-cv-2230 DOC (JDEx)<br><br>**NOTICE OF ERRATA RE: ALLSTATE NORTHBROOK INDEMNITY COMPANY'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR NEW TRIAL, OR IN THE ALTERNATIVE, RECONSIDERATION**<br><br>District Judge David O. Carter<br>Magistrate Judge John D. Early<br><br>**Hearing Date:** **March 11, 2022**<br>**Hearing Time:** **8:30 a.m.**<br>**Courtroom:**    **9D**<br><br>[Complaint Filed: November 24, 2020] |

**TO THE COURT, PLAINTIFF AND PLAINTIFF'S COUNSEL OF RECORD:**

Defendant Allstate Northbrook Indemnity Company respectfully submits this Notice of Errata to correct the filing of the Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for New Trial, or in the Alternative, Reconsideration.   The incorrect document was filed to the docket as Document 57.

Dated: February 16, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ Jordan S. Derringer
JORDAN S. DERRINGER
PETER H. KLEE
Attorneys for Defendant
ALLSTATE NORTHBROOK INDEMNITY COMPANY